IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | C/A No. 8:17-cv-01429-DCC |
| | ) | |
| Nathaniel Florin Noble, | ) | |
| | ) | **ORDER** |
| Debtor. | ) | |
| | ) | |

This matter comes before the Court on the Bankruptcy Judge's Order finding the Debtor in civil contempt, imposing sanctions, and referring the matter to the United States District Court for the District of South Carolina and the United States Attorney for the District of South Carolina for a determination of whether the Debtor should be held in criminal contempt. ECF No. 1 at 7–10. Specifically, the Order outlines a pattern of conduct involving "the Debtor's continuous attempts to abuse the bankruptcy system with repeated bankruptcy filings while failing to abide by the Bankruptcy Code or Bankruptcy Rules . . . ." *Id.* at 7. Therefore, the Bankruptcy Judge has certified the issue of whether the Debtor should be held in criminal contempt to this Court and has referred the matter to the United States Attorney for potential criminal prosecution. *Id.* at 9.

Following this referral, a Grand Jury indicted the Debtor for Bankruptcy Fraud, False Bankruptcy Declaration, and Contempt of Court for the conduct described in the Bankruptcy Judge's Order. *United States v. Noble*, Case No. 3:17-cr-00989, ECF No. 2 (D.S.C. Oct. 17, 2017). This criminal case has been assigned to the Honorable J. Michelle Childs, United States District Judge for the District of South Carolina, and moots the matter at bar. Accordingly, this Court directs the Clerk of Court to terminate the above-referenced civil case.

IT IS SO ORDERED.

s/Donald C. Coggins, Jr.
United States District Judge

January 8, 2018
Spartanburg, South Carolina

1